MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
David S. Brown (DB 5276)
1290 Avenue of the Americas
New York, NY  10104-0050
212.468.8000
Attorneys for Plaintiff
Media Development Equity Fund LLC



07 CV 3624

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Media Development Equity Fund, a New York
Limited Liability Company,

              Plaintiff,

      -against-

Novi List d.d., a joint stock company organized under
the laws of the Republic of Croatia

              Defendant.

------------------------------------------------------------x

Case No.

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedures 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Media Development Equity Fund LLC (a private non-governmental party) certifies that it has <u>no</u> corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: May 7, 2007

                                                  _____
                                                  James E. Hough (JH 1066)
                                                  David S. Brown (DB 5276)
                                                  1290 Avenue of the Americas
                                                  New York, NY  10104-0050
                                                  212.468.8000
                                                  Attorneys for Plaintiff
                                                  Media Development Equity Fund LLC

ny-748402