# United States District Court

_____ DISTRICT OF _____

Media Development Equity Fund, a New York
Limited Liability Company,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   2007 Civ. _____

Novi List d.d., a joint stock company organized
under the laws of the Republic of Croatia



07 CV 3624

TO: (Name and address of defendant)

    Novi List d.d.
    Zvonimirova 20a Street
    Rijeka, Croatia
    MBS 010000340

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James E. Hough, Esq.
    David S. Brown, Esq.
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY  10104-0050

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 0 7 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 7, 2007 |
| NAME OF SERVER (PRINT) David S. Brown | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____
Served by Registered Mail to Novi List d.d., Zvonimirova 20a Street, Rijeka, Croatia, MBS 010000340.
Served by Hand to National Corporate Research, Ltd., 225 West 34th Street, New York, New York 10122.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 7, 2007
         Date

Signature of Server

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.