```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Media Development Equity Fund, a New York  :  07 CV 3624 (PKL)
Limited Liability Company,

        Plaintiff,

       - against -   **STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**

Novi List d.d., a joint stock company organized under
the laws of the Republic of Croatia,

        Defendant.

-------------------------------------------------------------------X

    Subject to the approval of the Court, it is stipulated by counsel for Plaintiff, Media Development Equity Fund, and counsel for Defendant, Novi List d.d., that Defendant may have to and including July 10, 2007 within which to answer the Complaint in the above-entitled case or to file such other pleadings, motions or objections as Defendant may, by its counsel, be advised.

Dated:    New York, New York
            June 7, 2007

MORRISON & FOERSTER LLP          LOVELLS LLP

By: _____          By: _____
    James E. Hough (JH 1066)               Edward T. Schorr (ES 0290)
    David S. Brown (DB 5276)              Derek J. Craig (DC 0999)

1290 Avenue of the Americas            590 Madison Avenue
New York, NY 10104-0050               New York, NY 10022
(212) 468-8000                                   (212) 909-0600
*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Media Development Equity Fund LLC*     *Novi List d.d.*

                                                  6/25/07

                      SO ORDERED: _____
                                               U.S.D.J.

NYCLIB01/NYDJC/118547.1