LOVELLS LLP
Edward T. Schorr (ES-0290)
Gonzalo S. Zeballos (GZ-5994)
Derek J. Craig (DC-0999)
590 Madison Avenue
New York, New York 10022
Tel: (212) 909-0600
Fax: (212) 909-0660
Attorneys for Defendant Novi List d.d.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MEDIA DEVELOPMENT EQUITY FUND, A NEW
YORK LIMITED LIABILITY COMPANY,

                          Plaintiff,

                - against -                                     **07 Civ. 3624 (PKL)**

NOVI LIST D.D., A JOINT STOCK COMPANY                        **Rule 7.1 Statement**
ORGANIZED UNDER THE LAWS OF THE
REPUBLIC OF CROATIA

                         Defendant.
-----------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or rescusal, the undersigned counsel for Novi List d.d., a joint stock company organized under the laws of the Republic of Croatia (a non-governmental corporate party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      (1) Riječki List d.o.o. 50%

**Date:** July 10, 2007

                                                       **Signature of Attorney**

                                                         **Attorney Bar Code:** 0290