*LEISURE, S.*

MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
David S. Brown (DB 5276)
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000
*Attorneys for Plaintiff*
Media Development Equity Fund LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
Media Development Equity Fund, a New York
Limited Liability Company,

               Plaintiff,

       -against-

Novi List d.d., a joint stock company organized under
the laws of the Republic of Croatia

              Defendant.
-----------------------------------------------------------x

**STIPULATION CONSENTING TO MDEF'S FILING OF AN AMENDED COMPLAINT**

07 CV 3624 (PKL)

Plaintiff Media Development Equity Fund ("MDEF") and Defendant Novi List d.d. ("Novi List") by and through their undersigned counsel, stipulate and agree that Plaintiff MDEF shall be permitted to serve and file an amended complaint in this matter.



Respectfully submitted,

MORRISON & FOERSTER LLP

By: _____
James E. Hough (JH 1066)
David S. Brown (DB 5276)
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: 212.468.8000
Fax: 212.468.7900
*Attorneys for Plaintiff*
Media Development Equity Fund LLC

LOVELLS LLP

By: _____ 7/18/07
Edward Schorr
Derek Craig
590 Madison Avenue
New York NY 10022
Tel: 212.909.0600
Fax: 212.909.0660
*Attorneys for Defendant*
Novi List d.d.

ny-765480

**SO ORDERED:**

_____ 7/19/07
U.S.D.J.
PETER J. LEISURE

2