# Lovells

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07

Lovells LLP
590 Madison Avenue
New York NY 10022

Tel: +1 212 909 0600
Fax: +1 212 909 0660

August 16, 2007

RECEIVED
CHAMBERS OF

AUG 17 2007

PETER K. LEISURE
USDJ/SDNY

By Federal Express

Direct line (212) 909-0628
edward.schorr@lovells.com
Direct fax (212) 909-0660

Our ref NYDJC/121768.1
Matter ref N9999/00055

The Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**MEMO ENDORSED**

RE:   MEDIA DEVELOPMENT EQUITY FUND V. NOVI LIST D.D., 07 CIV. 3624 (PKL)

Dear Judge Leisure:

We represent Defendant Novi List d.d. ("Novi List") in the above-captioned matter and are pleased to advise the Court that the parties conducted a five-hour settlement meeting today in New York at which a great deal of progress was made. In addition to outside counsel for both sides, Plaintiff Media Development Equity Fund ("MDEF") was represented by Harlan Mandel, MDEF's Deputy Managing Director, and Elena Popovic, MDEF's General Counsel, and Novi List was represented by the Chairman of its Supervisory Board, Zdenko Mance, and its outside Croatian counsel, Tin Dolički. Messrs. Mance and Dolički flew to New York from Croatia specifically for this meeting.

In light of the parties' efforts to resolve this matter, Novi List respectfully requests that it be granted an extension of time, from September 20, 2007 to October 4, 2007, to serve its papers in opposition to MDEF's pending motion for partial summary judgment. This request is the first such request to the Court. Counsel for MDEF has advised us that they will be in a position to respond to our request on or about August 22, 2007. The only other scheduled date that would be affected by the requested extension is the deadline for MDEF to serve its reply papers in support of the pending motion, which Novi List suggests could also be adjourned for two weeks, from October 4 to October 18, 2007.

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw   Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados



The requested extension of time would enable Novi List to focus on negotiating the potential settlement of this matter, instead of diverting its time and resources to responding to the pending motion.

Respectfully submitted,

*[signature]*

Edward T. Schorr

cc:   James E. Hough, Esq.

> The requested extension is granted.
>
> 8/27/07
> SO ORDERED
> *[signature]*
> USDJ