

Lovells LLP
590 Madison Avenue
New York NY 10022
Tel:  +1 212 909 0600
Fax: +1 212 909 0660

# Lovells

September 27, 2007

**BY HAND**

Hon. Peter K. Leisure
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007-1312

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

RE:  Media Development Equity Fund ("MDEF") v. Novi List d.d., ("Novi List"), No. 07 Civ. 3624 (PKL) (S.D.N.Y.)

Dear Judge Leisure,

We represent Defendant Novi List in the above-referenced matter. We write concerning the upcoming deadline of Defendant's response to MDEF's motion for partial summary judgment.

Regrettably, due to the recent illness of Mr. Zdenko Mance, Novi List's CEO and our key witness and affiant, we have been unable to meet with him for the purpose of securing an affidavit in support of our opposition papers. Mr. Mance's testimony is instrumental to our defense.

We have attached for the Court's review a certified translation of Mr. Mance's diagnosis that has been provided to us by his physician. Given Mr. Mance's medical condition, we contacted opposing counsel yesterday to request an extension of time for our response papers, but Plaintiff denied our request this morning. Plaintiff did not provide a reason for its denial.

Mr. Mance, who resides in Croatia, was originally scheduled to travel to New York earlier this month; however, he was hospitalized in Croatia in mid-September, and his ill health mandated a change in plans. His recent hospitalization also prevented us from meeting him in Croatia. Mr. Mance was discharged from the hospital for home convalescence only this past Monday and has been under doctors' orders to rest. We had planned to visit Mr. Mance this week, but have been asked to refrain from doing so to allow him some time to rest as directed by his physician. The very earliest we would be in a position to meet with Mr. Mance would be at the beginning of next week, and even that would be a hardship to Mr. Mance.

Accordingly, we hereby respectfully request that Your Honor grant a brief extension of the due date of Defendant's response for at least one week, from the original due date of October 4, 2007 to October 11, 2007, or for whatever period of time Your Honor deems appropriate under the circumstances.

Other than the extension of time agreed to by the Parties to facilitate settlement discussions, which Your Honor granted, there have been no other requests for extensions in this matter. The only other scheduled date that would be affected by the requested extension is the deadline for MDEF to

Returned : ...mbers for scanning on  10.9.07
Scanned   ...nbers on 10/11/07

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word 'partner' is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.
Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw   Associated offices: Budapest Zagreb
Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

Hon. Peter K. Leisure -2- September 27, 2007

serve its reply papers in support of the pending motion. Novi List would agree to the adjournment of MDEF's reply papers for a period of time equal to that of any time that may be granted to Novi List.

Thank you for your attention.

Respectfully submitted,

Edward T. Schorr

Enclosure
cc: James E. Hough, Esq.

Defendant's request for an extension of time is granted. Defendant's response is due October 11, 2007. Plaintiff also is granted a one-week extension of time to reply.

10/01/07

SO ORDERED

Peter K. Leisure
USDJ

*CERTIFIED TRANSLATION FROM CROATIAN LANGUAGE*

CLINICAL HOSPITAL RIJEKA  
HEALTH CARE CENTRE  
EMERGENCY MEDICAL AID  
RECEPTION  

Reg. No. 12227  
Health Insur. Reg No. 07202781162  
Code:  
Citizen's Registration Number  
Issued by   072  

Stamp: Clinical Hospital Rijeka Emergency Institute Department Rijeka, Krešimirova 42

**EMERGENCY**

Name and surname   ZDENKO MANCE       born: 1951           Profession: A 101  
Family member of the insured:           born on             employed by  
In  
Place of residence    RKA         Street       KRIMEJA    No. 13  
Competent Communal Institute for Health Insurance

| | |
|---|---|
| Date of acceptance: 27 September 200 | Medical intervention DIAGNOSTIC THERAPY |
| MEDICAL HISTORY, STATUS, FINDINGS - DIAGNOSIS RECOMMENDATION FOR FURTHER TREATMENT AND CONTROL | |
| Beginning of examination at: 9:50    End of examination at: 10:50 | |

| | |
|---|---|
| The patient is under constant surveillance of the neurologist after hospitalisation in our clinic due to primary brain bleeding (medical documents attached). In the last days deterioration. Expressed general weakness and exhaustion, dizziness, and expressed headache. Hightened blood pressure in spite of receiving therapy. Tense. | RR      mmHg |
| | Puls      /min |
| | Tax       °C |
| | Trect      °C |
| | EKG      Monitor |
| | Laboratory |
| | RTG |
| In the neurological status right-side central hemiparesis, now with extremely strong spasm of musculature. | Medicine: AnaTe 0,5 ml Oxygen     1/min |
| Dg.   Status post hamethoman intracerebrale<br>Status lacunaris cerebri<br>Hemiparesis centralis lateris dextri<br>Crisis hypertensiva<br>Hypertonia arterialis<br>Cardiomyopathia hypertensiva | Infusion |
| Th.   Past<br>+ Prexanil 4 mg<br>Helex 2 x 0,5 mg<br>Strict resting required. Avoidance of any psychophysical effort (oral instructions given to the patient). Three times daily RR control. Control by the neurologist in ten days, in case of any deterioration (headache, nausea, vomiting, sleepiness) control immediately here. | |
| (*signature illegible*)<br>Antončić<br>Mr Sc Dr Igor Antončić<br>Neurologist<br>001236 | |

No. 111/07

*I, Katica Vujević-Jolić sworn court interpreter for English and German language, reappointed by the decision No. 4Su-297/07 of 8 March 2007 of the President of the County Court of the City of Zagreb, hereby certify that the above translation fully complies with the Croatian original.*  
*27.09.2007*

27/09 2007 10:19 FAX -385 51 432462     HP PU RIJEKA10 RH                              ☒001

KLINIČKI BOLNIČKI CENTAR — RIJEKA                                    Mat. broj
POLIKLINIKA — HITNA MEDICINSKA POMOĆ
    PRIJEMNO — TRIJAŽNA — AMBULANTA                                  Reg. br. zdr. knj.

| A | B | C | D | E | F | G | H | I | J |  Klinički bolnički centar Rijeka     Šifra
| OSNOVA OSIGURANJA |                       Zavod za hitnu medicinu     JMBG
                                           Odjel Rijeka, Krešimirova 42
I.                                              HITAN SLUČAJ          izdana od

Ime i prezime     ZDENKO  MANCE              God. rod. 1951    Zanimanje
Član porodice osiguranika                    Rođenog god.      Zaposlen kod
u mjestu
Mjesto stalnog boravka       RИА             Ulica   KRИМСЈА        br.

Nadležni komunalni zavod za socijalno osiguranje

Datum prijema:        ANAMNEZA, STATUS, NALAZ, MIŠLJENJE - DIJAGNOZA     Medicinski zahvat
                      PREPORUKA O DALJNJEM LIJEČENJU I KONTROLI          DIJAGNOSTIČKI
Početak obrade u:                                                        TERAPIJSK.
                                      Završetak obrade u:

|  |  |
|---|---|
| RR | nmmHg |
| Puls | /min |
| Tax | °C |
| Trect | °C |
| EKG ☐ | Monitor ☐ |
| Laboratorij | |
| RTG | |
| Lijekovi: | |
| AnaTe 0,5 ml. | |
| Kisik | 1/min |
| Infuzije: | |

Bolesnik je pod stalnom kontrolom neurologa nakon hospitalizacije u našoj klinici zbog primarnog moždanog krvarenja (medicinska dokumentacija u prilogu). Posljednjih dana pogoršanje. Izražena opća slabost i malaksalost, vrtoglavice, te izražena glavobolja. Povišen krvni tlak usprkos redovitom uzimanju terapije. Napet.

U neurološkog statusu desnostrana centralna hemipareza, sada s izraženim jakim spazmom muskulature.

Dg. Status post haemathoman intracerebrale
    Status lacunaris cerebri
    Hemiparesis centralis lateris dextri
    Crisis hypertensiva
    Hypertonia arterialis
    Cardiomyopathia hypertensiva

Th. Dosadašnja
    - Prexanil 4 mg
      Helex 2 x 0,5 mg

Potrebno strogo mirovanje. Izbjegavati svaki psihofizički napor (usmene upute dane bolesniku). Tri puta dana dnevno kontrola RR-a. Kontrola neurologa za deset dana, u slučaju bilo kakvog pogoršanja (glavobolja, mučnina, povraćanje, pospanost), kontrola odmah ovdje.

                                            Antončić
                                      Mr.sc.dr. Igor Antončić
                                           neurolog
                                            001298

JAVITI SE ODMAH NADLEŽNOM LIJEČNIKU