MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
David S. Brown (DB 5276)
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000
Attorneys for Plaintiff
Media Development Equity Fund LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Media Development Equity Fund, a New York
Limited Liability Company,

                Plaintiff,

     -against-

Novi List d.d., a joint stock company organized under
the laws of the Republic of Croatia,

                Defendant.

---------------------------------------------------------------- x

**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**07 CV 3624 (PKL)**

      PLEASE TAKE NOTICE that upon the annexed Declaration of Harlan Mandel in Support of Plaintiff's Motion for Partial Summary Judgment, dated August 10, 2007, the exhibits attached thereto, the annexed Rule 56.1 Statement of Material Facts, and the accompanying Memorandum of Law, Media Development Equity Fund, LLC will move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure before the Honorable Peter K. Leisure, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Room 1910, 500 Pearl Street, New York, New York, 10007, on October 4, 2007, or on a date and time as the Court may direct, for an order granting Media Development Equity Fund, LLC partial summary judgment.

Dated: New York, NY  
       August 10, 2007

MORRISON & FOERSTER LLP

By: _____  
James E. Hough (JH 1066)  
David S. Brown (DB 5276)

Attorneys for Plaintiff  
Media Development Equity Fund LLC  
1290 Avenue of the Americas  
New York, NY 10104-0050  
212.468.8000

ny-769634