# RIJEČKI LIST

*nakladničko društvo s ograničenom odgovornošću*

**510000 Rijeka, Zvonimirova 20a**

---

Rijeka, 30 july 2007

> Media development Equity Fund
> Attn. Mr. Harlan Mendel
> 37 West 20th Street, Suite 801
> New York, NY 10011
> U S A

Dear Mr. Mandel,

In order to enable our representatives to meet and to discuss all issues relating to the Shareholders' Agreement (including, without limitation, the issue of transferring the voting rights to MDEF) we agree to request from the Management Board and Supervisory Board of Novi list d.d. (the "Company") to adjourn the Shareholders' Meeting of the Company to a later date which will be jointly agreed by the representatives of Rijecki list d.o.o. and MDEF during their meeting in New York in August 2007."

Best regards

Zdenko Mance, director

*[signature]*

---

CENTRALA: Tel. 051/650-011, Fax. 051/650-032
Žiroračun kod Splitske banke d.d. Rijeka broj 2330003-1100206837; MB 1465066
Trgovački sud u Rijeci - MBS 040149534; Temeljni kapital: 49.600.000 kuna uplaćen u cijelosti;