## CERTIFICATE OF SERVICE

I, David Brown, hereby certify that on August 10, 2007, I caused to be served true and correct copies of the Notice of Plaintiff's Motion for Partial Summary Judgment, the Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment, the Declaration of Harlan Mandel in Support of Plaintiff's Motion for Partial Summary Judgment, and the Rule 56.1 Statement of Material Facts, each dated August 10, 2007, upon the following via hand:

> Edward Schorr
> Derek Craig
> Lovells LLP
> 590 Madison Avenue
> New York NY 10022
> Tel: 212.909.0600
> Fax: 212.909.0660
>
> *Attorneys for Defendant*
> Novi List d.d.

_____
David S. Brown

ny-765485