# EXHIBIT A



**Novinsko-nakladničko dioničko društvo**
Zvonimirova 20A
51000 Rijeka

FAX 01 6005657
Za gospodina Doličkog
ODVJETNIČKO DRUŠTVO
BOGDANOVIĆ-DOLIČKI
ZAGREB

Poštovani,

U vezi današnjeg telefonskog razgovora dostavljam Vam tražene podatke i putem faksa.

Upisani kapital Novog lista d.d. iznosio je 1999. godine 15.895.375,00 kuna, a Novi list d.d. je imao 41.810 dionica što bi bilo po dionici 380,18 kuna.

Kapital i rezerve iznosile su ukupno u poslovnim knjigama na dan 31.12.1999. godine 39.602.128,37 kuna a što bi po dionici iznosilo 947,19 kuna.

U navedenim iznosima nema dokapitalizacije MDEF-a, koja je provedena u 2000. godini, a po doznaci sredstava od strane MDEF-a

Srdačan pozdrav!

NOVI LIST d.d.
Računovodstvo

Nada Prelec

*(potpis)*

**NOVI LIST d.d.**
Rijeka, Zvonimirova 20a

---

**CENTRALA: Tel. 051/650-011, Fax. 051/650-032**
Žiroračun kod ERSTE & STEIERMARKISCHE BANK d.d. Rijeka broj 2402006-1100110121; MB 3341941
Trgovački sud u Rijeci - MBS 040000340; Temeljni kapital: 18.000.000 kuna uplaćen u cjelosti i podijeljen na 60.000 redovnih dionica nominalne vrijednosti od 300,00 kuna; Član Uprave: F. Butorac; Predsjednik NO: Z. Mance

*UNOFFICIAL TRANSLATION*

**NOVI LIST**     **Newspaper and Publishing Joint Stock Company**
**Zvonimirova 20A**
**51000 Rijeka**

---

Fax 01 6005657
To att. Mr. Dolički
Attorneys at Law
Bogdanović-Dolički
Zagreb

Dear Madam/Sir,

Further to our today's telephone conversation, please find below the data you requested.

Registered share capital of Novi list d.d. in 1999 amounted to HRK 15.895.375,00 and Novi list d.d. had 41.810 shares amounting to approximately HRK 380,18 per share.

As at 31 December 1999 financial records showed share capital and reserves in total sum of HRK 39.602.128,37 amounting to approximately HRK 947,19 per share.

The above mentioned figures do not include recapitalisation by MDEF which recapitalisation was performed during 2000 following the transfer of funds by MDEF.

Kind regards!

                                        NOVI LIST d.d.
                                        Accounting department

                                        Nada Prelec

                                        Signature illegible