# EXHIBIT F





**Elonora Marač**

| | |
|---|---|
| From: | Eleonora Marac [eleonora.marac@novilist.hr] |
| Sent: | 12. srpanj 2007 6.46 |
| To: | Eleonora Marac |
| Subject: | Fw: Notice of Shareholders Assembly |

    

A 07 SKUPŠTINA    00 SKUPŠTINA NL    007 ODLUKE    00 POZIV -    00 ODLUKE SK
03.08.07. POZIV...  3.8.07. NN OBJ...  .UPŠTINE 03.08.20QLJAVA 03.08.07 EN 03.08.07. ENGL.d...

----- Original Message -----
From: "Eleonora Marac" <eleonora.marac@novilist.hr>
To: <Harlan.Mandel@ndlf.org>
Sent: Wednesday, July 11, 2007 11:06 PM
Subject: Fw: Notice of Shareholders Assembly



> Dear Mr. Harlan
>
>          I  send to Mrs Elena Popovic and  with DHL
> notofification on convening of regular general Assembly  of Novi list
> d.d on
> Friday, 3 August 2007.  with APPLICATION for participation also in
> english.
>
>          With best regards
>
>                    Eleonora Marac
>

## Elonora Marač

| | |
|---|---|
| **From:** | Eleonora Marac [eleonora.marac@novilist.hr] |
| **Sent:** | 12. srpanj 2007 6:48 |
| **To:** | Eleonora Marac |
| **Subject:** | Fw: Notice of Shareholders Assembly |

        

A 07 SKUPŠTINA    00 SKUPŠTINA NL    007 ODLUKE    00 POZIV -    00 ODLUKE SK
03.08.07. POZIV...   3.8.07. NN OBJ...   UPŠTINE 03.08.200   LJAVA 03.08.07 EN   3.08.07. ENGL..d...

----- Original Message -----
From: "Eleonora Marac" <eleonora.marac@novilist.hr>
To: <Jarek.Gora@mdlf.org>   
Sent: Wednesday, July 11, 2007 11:09 PM
Subject: Fw: Notice of Shareholders Assembly


> Dear Mr. Gora
>
>              I   send to Mrs Elena Popovic and  with DHL
> notofification on convening of regular general Assembly  of Novi list
> d.d.on
> Friday, 3 August 2007.  with APPLICATION for participation also in
> english.
>
>                   With best regards
>
>                        Eleonora Marac
>



**Novinsko-nakladničko dioničko društvo**
Zvonimirova 20A
51000 Rijeka

Ur. 5834
Rijeka, 05.07.2007.

*DIONIČARIMA*
*NOVOG LISTA d.d. RIJEKA*

**OBAVIJEST O SAZIVANJU REDOVITE GODIŠNJE**
**GLAVNE SKUPŠTINE NOVOG LISTA d.d.**

Poštovani,

Zadovoljstvo nam je pozvati Vas da kao dioničar Novog lista d.d. sudjelujete u radu Redovite godišnje glavne skupštine društva.

Redovita godišnja glavna skupština održat će se u *petak, 03. kolovoza 2007.* godine u sjedištu Novog lista d.d. Rijeka, Zvonimirova 20a, u Klubu "NL", s početkom u 9,00 sati.

U privitku Vam dostavljamo presliku objave o sazivu Redovite godišnje glavne skupštine s dnevnim redom i pozivom dioničarima koji je objavljen u Narodnim novinama broj 64 od 20. lipnja 2007. godine.

Materijali za Redovitu godišnju glavnu skupštinu dostupni su na uvid dioničarima u sjedištu društva, od 9,00 do 11,00 sati.

Stoga Vas molimo da, ukoliko želite sudjelovati u radu Glavne skupštine, *najkasnije do 27. srpnja 2007. godine prijavite svoje sudjelovanje* u radu Skupštine po priloženom obrascu prijave. Prijavi molimo priložite i punomoć za zastupanje prema priloženom obrascu, u slučaju da želite da Vas zastupa punomoćnik.

U privitku Vam dostavljamo i **glasački listić** te Vas pozivamo da ga uredno popunjenog dostavite unaprijed, uz prijavu za sudjelovanje na Skupštini, na adresu Novog lista d.d., Rijeka, Zvonimirova 20a. *Tako predani glasački listić uzet će se u obzir prilikom utvrđivanja rezultata glasovanja ako pristupite Skupštini i ako na samoj Skupštini ne izjavite da želite glasovati drugačije.*

Sa štovanjem

DIREKTOR
Franjo Butorac

NOVI LIST d.d.
Rijeka, Zvonimirova 20a

---

**CENTRALA: tel. 051/650-011, fax. 051/650-032**
Žiroračun kod ERSTE & STEIERMÄRKISCHE BANK d.d. Rijeka, broj 2402006-1100110121, MB: 3341941
Trgovački sud u Rijeci - MBS 040000340, Temeljni kapital: 18.000.000 kuna uplaćen u cijelosti i podijeljen na
60.000 redovnih dionica nominalne vrijednosti 300,00 kuna; Član Uprave: F. Butorac; Predsjednik NO: Z. Mance.

SRIJEDA, 20. LIPNJA 2007.    *oglasne stranice* **NARODNE NOVINE**
SLUŽBENI LIST REPUBLIKE HRVATSKE
BROJ 64 - STRANICA 37

## Članak 5.

Poslovni udjeli članova Društva u temeljnom kapitalu Društva odgovaraju njihovom sudjelovanju kao dioničara u temeljnom kapitalu dioničkog društva koje se preoblikuje u društvo s ograničenom odgovornošću. Zamjenjuje se nominalni iznos dionica utvrđen u članku 3. stavak 2. ove odluke s poslovnim udjelima, tako da članovi Društva stječu poslovne udjele, kako slijedi:

1. Dubravka Bakula iz Zagreba, Pljesevička 30, koja je imateljica 8 poslovnih udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 14.400,00 kuna, što čini 0,3% temeljnog kapitala Društva.

2. Marija Biškup iz Zagreba, Zavidovička 10 A, kojise je imateljica 1 poslovnog udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 1.800,00 kuna, što čini 0,04% temeljnog kapitala Društva.

3. Stjepan Lovriš iz Dug Crnec, Prigorska 4, koji je imatelj 3 poslovna udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 5.400,00 kuna, što čini 0,11% temeljnog kapitala Društva.

4. Ivan Martić iz Samobora, Nodeljska 7, koji je imatelj 5 poslovnih udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 9.000,00 kuna, što čini 0,19% temeljnog kapitala Društva.

5. Niko Papafava iz Zagreba, Štefaničeva 8, koji je imatelj 1 poslovnog udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 1.800,00 kuna, što čini 0,04% temeljnog kapitala Društva.

6. Niko Pekoč iz Zaprešića, Trg žrtava fašizma 26, koji je imatelj 135 poslovnih udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 243,000,00 kuna, što čini 5,06% temeljnog kapitala Društva.

7. Pero Pekoč iz Zagreba, S. Batušića 25, koji je imatelj 1.717 poslovnih udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 3.090.600,00 kuna, što čini 64,38% temeljnog kapitala Društva.

8. HFP, Ivana Lučića 6 – 8, Zagreb, koji je imatelj 717 poslovnog udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 1.290.600,00 kuna, što čini 26,88% temeljnog kapitala Društva.

9. Palić inžinjering d.d. iz Zagreba, Medovićeva 7, MB: 3562212 koji je imatelj 51 poslovnog udjela, svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 91.800,00 kuna, što čini 1,91% temeljnog kapitala Društva.

10. Vlastiti udjeli Društva – 29 poslovni udjel svaki nominalne vrijednosti od 1.800,00 kuna, ukupne vrijednosti od 52.200,00 kuna, što čini 1,09% temeljnog kapitala Društva.

## Članak 6.

Danom upisa preoblikovanja Društva u sudski registar izabrani Nadzorni odbor Društva nastavlja s radom kao Nadzorni odbor društva s ograničenom odgovornošću. Uprava dioničkog društva nastavlja s radom kao Uprava Društva s ograničenom odgovornošću.

## Članak 7.

Društvo ima Društveni ugovor kao temeljni pravni akt i koji je priložen ovaj odluci i čini njegov sastavni dio.

Ad 13. Usvaja se Društveni ugovor sukladno donesenoj odluci pod ad 12.

Pravo sudjelovanja na Skupštini imaju svi dioničari upisani u knjigu dionica.

Pravo sudjelovanja na Glavnoj skupštini Društva imaju dioničari koji su kumulativno ispunili sljedeće pretpostavke

a) da su upisani u knjigu dioničara

b) da najkasnije deset dana prije održavanja Glavne skupštine polože u Društvo isprave o dionicama

c) da u pisanom obliku prijave Društvu namjeru sudjelovanja na Glavnoj skupštini najkasnije deset dana prije održavanja Glavne skupštine i da uz prijavu prilože valjani dokaz o ispunjavanju uvjeta opisanih pod b).

Dioničari na Glavnoj skupštini sudjeluju osobno ili preko svojih opunomoćenika na temelju pisanih punomoći, koje se dostavljaju Društvu uz prijavu.

HRVATSKA GRADNJA d.d.
Zagreb

(662)

Na temelju odredbe članka 277. stavaka 2. i 3. Zakona o trgovačkim društvima i članka 30. stavka 4. Statuta NOVOG LISTA, novinsko nakladničkog dioničkog društva, Rijeka (dalje u tekstu: Društvo), Uprava – direktor Društva saziva i objavljuje poziv za

## REDOVITU GODIŠNJU GLAVNU SKUPŠTINU

NOVOG LISTA d.d. koja će se održati 3. 8. 2007. (petak) u 9 sati, u sjedištu Društva, Rijeka, Zvonimirova 20a.

Za Glavnu skupštinu utvrđen je

Dnevni red:

1. Otvaranje Skupštine i utvrđivanje popisa nazočnih i zastupanih dioničara i njihovih zastupnika

2. Razmatranje pojedinačnog i konsolidiranog godišnjeg financijskog izvješća za 2006. godinu što su ih utvrdili Uprava i Nadzorni odbor Društva, razmatranje izvješća revizora Društva o obavljenoj reviziji financijskih izvješća za 2006. godinu, izvješća Uprave o stanju i

poslovanju Društva te izvješća Nadzornog odbora o obavljenom nadzoru nad poslovanjem Društva u 2006. godini

Uprava i Nadzorni odbor predlažu da se donesu sljedeće odluke:

a) Prihvaćaju se pojedinačno i konsolidirano financijsko izvješće za 2006. godinu s izvješćem ovlaštenog revizora revizorske tvrtke Inženjerski biro – revizija d.o.o., Rijeka o obavljenoj reviziji financijskih izvješća za 2006. godinu.

b) Prihvaća se izvješće Uprave o stanju i poslovanju Društva u 2006. godini.

c) Prihvaća se izvješće Nadzornog odbora o obavljenom nadzoru nad poslovanjem Društva u 2006. godini.

3. Donošenje odluke o uporabi dobiti Društva za 2006. godinu

Prihvaća se prijedlog Uprave i Nadzornog odbora o uporabi dobiti Društva za 2006. godinu.

4. Donošenje odluke o isplati dividende iz tekuće dobiti za 2006. godinu

Prihvaća se prijedlog Uprave i Nadzornog odbora o isplati dividende iz tekuće dobiti za 2006. godinu.

5. Donošenje odluke o davanju razrješnice Upravi Društva za 2006. godinu

Nadzorni odbor podržava prijedlog Uprave Društva da se Upravi Društva – direktoru da razrješnica kojom se odobrava njegov rad u 2006. godini.

6. Donošenje odluke o davanju razrješnice članovima Nadzornog odbora Društva za 2006. godinu

Nadzorni odbor podržava prijedlog Uprave Društva da se članovima Nadzornog odbora Društva da razrješnica kojom se odobrava njihov rad u 2006. godini.

7. Donošenje odluke o nagradi za rad Nadzornog odbora

Prihvaća se prijedlog odluke o nagradi za rad Nadzornog odbora.

8. Donošenje odluke o izboru člana Nadzornog odbora Društva zbog isteka mandata

Utvrđuje se da je istekao mandat članu Nadzornog odbora:

Ivo Kirigin iz Opatije, Ulica Ive Kaline 3, MBG: 1001941362303.

Na temelju prijedloga većinskog dioničara društva Riječki list d.o.o., Rijeka za jednog člana Nadzornog odbora Novog lista d.d. bira se:

Ivo Kirigin iz Opatije, Ulica Ive Kaline 3, MBG: 1001941362303.

9. Izbor revizora Društva za 2007. godinu

Nadzorni odbor predlaže da se za revizora Društva u 2007. godini izabere revizorska tvrtka Inženjerski biro – revizija d.o.o., Rijeka, Riva 20.

# NARODNE NOVINE *oglasne stranice*

SLUŽBENI LIST REPUBLIKE HRVATSKE

*10. Donošenje odluke o izmjeni Statuta Društva*

Uprava i Nadzorni odbor predlažu da na temelju članka 275. stavka 1., točka 5. Zakona o trgovačkim društvima i članka 35. stavka 1. točka 1. Statuta Društva da Redovita godišnja glavna skupština donese

**ODLUKU**
**o izmjeni Statuta Društva**

**Članak 1.**

(4) Godišnja financijska izvješća, izvješće o stanju društva, izvješće nadzornog odbora i prijedlog odluke o upotrebi dobiti, kada su predmet razmatranja i/ili odlučivanja na Glavnoj skupštini izložit će se za razgledanje dioničarima od objave poziva za Glavnu skupštinu u poslovnim prostorijama u sjedištu Društva.

**Članak 2.**

Ostale odredbe Statuta Društva ostaju na snazi neizmijenjene.

**Članak 3.**

Ova izmjena Statuta stupa na snagu danom donošenja na Glavnoj skupštini.

**Članak 4.**

Ovlašćuje se predsjednik Skupštine da uskladi i utvrdi pročišćeni tekst Statuta Društva te da ga potpiše i podnese na potvrdu.

Materijali koji služe kao podloga za raspravu dostupni su na uvid dioničarima Društva od objave poziva, u sjedištu Društva, od 9 do 11 sati.

Na Glavnoj skupštini Društva mogu sudjelovati dioničari upisani u knjizi dionica Društva te koji, najkasnije 7 dana prije održavanja Glavne skupštine prijave Društvu namjeru sudjelovanja na Glavnoj skupštini i podnesu valjani dokaz da su svoje isprave o dionicama, ako su izdane, položili u Društvu, kod javnog bilježnika, odnosno kod banke ili druge organizacije koja prima na depozit vrijednosne papire, najkasnije 7 dana prije dana održavanja Glavne skupštine, a koje moraju ostati položene do kraja dana za koji je zakazana Glavna skupština. Opunomoćenici dioničara Društva moraju punomoći ili prijavu dostaviti na adresu Društva najkasnije 7 dana prije održavanja Glavne skupštine.

**NOVI LIST d.d.**
Rijeka

(663)

1. Na temelju odredbe članka 277. Zakona o trgovačkim društvima, Uprava društva VRBOSKA, dioničkog društva za hotelijerstvo i trgovinu, sa sjedištem u Vrboskoj, Vrboska

b.b. (u daljnjem tekstu: Društvo), donijela je odluku o sazivanju

## REDOVITE GLAVNE SKUPŠTINE

Društva, koja će se održati 3. kolovoza 2007. u 11 sati u sjedištu Društva, Vrboska b.b., Vrboska.

II. Dnevni red:

1. Otvaranje Glavne skupštine, verifikacija prijava i punomoći za sudjelovanje u radu Skupštine te utvrđivanje broja glasova
2. a) Izvješće Uprave o stanju Društva u 2006. godini, financijska izvješća za 2006. godinu te Izvješće revizora 2006. godinu
   b) Izvješće Nadzornog odbora o obavljenom nadzoru vođenja poslova Društva u 2006. godini
3. Donošenje odluke o pokriću gubitaka
4. Donošenje odluke o davanju razrješnice članu Uprave Društva
5. Donošenje odluke o davanju razrješnice članovima Nadzornog odbora i nagrada za rad članovima Nadzornog odbora
6. Donošenje odluke o izboru člana Nadzornog odbora

III. PRIJEDLOZI ODLUKA

Uprava i Nadzorni odbor zajednički predlažu da Glavna skupština donese sljedeće odluke:

Ad 3. Usvaja se odluka kojom se iskazani da gubitak iz 2006. godine u iznosu od 987.941,00 kuna prenosi u iduću godinu.

Ad 4. Daje se razrješnica članu Uprave Društva kojom se odobrava njegov rad u 2006. godini.

Ad 5. Daje se razrješnica članovima Nadzornog odbora kojom se odobrava njihov rad u 2006. godini. Članovima Nadzornog odbora isplaćuje se mjesečna naknada za rad u Nadzornom odboru u iznosu od 1.500,00 kuna neto.

Nadzorni odbor predlaže da Glavna skupština donese sljedeću odluku:

Ad 6. Za člana Nadzornog odbora izabire se Gordana Majdak-Marezius, iz Zagreba, Ksaver 66, MBG: 2308958335034. Mandat članu Nadzornog odbora počinje teći od donošenja ove odluke.

IV. Poziv dioničarima

Pozivaju se svi dioničari Društva da sudjeluju u radu Glavne skupštine osobno putem opunomoćenika. Na Glavnoj skupštini Društva mogu sudjelovati dioničari Društva koji su upisani u Središnju depozitarnu agenciju te koji u pisanom obliku prijave Društvu namjeru sudjelovanja na Glavnoj skupštini najkasnije 7 dana prije njenog održavanja.

Ako na Glavnoj skupštini Društva ne budu ispunjeni uvjeti u pogledu kvoruma propisani odredbama čl. 24. Statuta Društva, nova Glavna skupština, s istim dnevnim redom, održat će se 20. kolovoza 2007. u 11 sati, bez obzira na broj prisutnih dioničara i vrijednost njihovih dionica.

**VRBOSKA d.d.**
Vrboska

(664)

## ISPRAVAK

Na Oglasnim stranicama Narodnih novina broj 57 od 4. lipnja 2007. na str. 37 i 38 objavljen je oglas za održavanje Redovite skupštine ARENE, modne kuće d.o.o. iz Pule, Riva 12, koja će se održati 28. 6. 2007.

U prijedlozima odluka, uz dnevni red stoji:
Ad 5. Raspoređuje se dobit za 2006. godinu za zadržanu dobit,

a treba stajati:
Ad 5. Raspoređuje se dobit za 2006. godinu u rezerve Društva.

**ARENA d.o.o.**
Pula

(666)

Na temelju odredbe članka 29. Statuta društva RAZVITAK d.d., Ilok, Uprava Društva saziva

## REDOVITU GODIŠNJU SKUPŠTINU

dioničkog društva RAZVITAK, Ilok, koja će se održati 28. kolovoza 2007. u 11 sati i sjedištu Društva u Iloku, Štefanikova 28. Za Skupštinu se predlaže

Dnevni red:

1. Otvaranje Skupštine i utvrđivanje broja nazočnih i zastupljenih dioničara
2. Razmatranje i donošenje odluke o usvajanju godišnjih financijskih izvješća o poslovanju društva za 2006. godinu
   a) Izvješće Uprave
   b) Izvješće Nadzornog odbora
   c) Izvješće revizora
3. Donošenje odluke o pokriću gubitka (ili uporabi dobiti)
4. Donošenje odluke o opozivu – razrješenju članova Nadzornog odbora Društva
5. Donošenje odluke o izboru članova Nadzornog odbora Društva
6. Donošenje odluke o davanju razrješnice:
   a) Upravi Društva
   b) članovima Nadzornog odbora Društva

**Dioničar**

_____

_____

(ime, prezime i adresa)

**Broj glasova** _____

**Ukupna nominalna vrijednost dionica** _____ kn

NOVI LIST d.d.
**R I J E K A**
Zvonimirova 20a

**PREDMET:  Prijava za sudjelovanje na  Redovitoj godišnjoj glavnoj
skupštini društva NOVI LIST d.d. 03.  kolovoza 2007.**

Prijavljujem svoje sudjelovanje na Redovitoj godišnjoj glavnoj skupštini Novog lista d.d. sazvanoj za 03.  kolovoza 2007. godine, s početkom u 9,00 sati.

Na Skupštini će me zastupati punomoćnik _____

_____

_(ime, prezime i adresa punomoćnika)_

U _____        _____
(mjesto i nadnevak)          (potpis dioničara / zakonskog zastupnika dioničara)

M. P.

**NAPOMENA:**

Prijavi priložite punomoć za zastupanje u slučaju da vas zastupa punomoćnik.

Prijavu za sudjelovanje na Skupštini potrebno je dostaviti najkasnije do **27. srpnja 2007. godine.**

**Dioničar**

_____

_____
(ime, prezime i adresa)


# *P U N O M O Ć*


kojom se opunomoćuje_____

_____
(ime i prezime, adresa)

da zastupa Dioničara na Redovitoj godišnjoj glavnoj skupštini Novog lista d.d. koja će se održati 03. kolovoza 2007. godine, u sjedištu Novog lista d.d. Rijeka, Zvonimirova 20a, u Klubu "NL", s početkom u 9,00 sati.

Punomoćnik je ovlašten glasovati za sve odluke o kojima odlučuje Redovita godišnja glavna skupština Novog lista d.d. sazvana za dan 03. kolovoza 2007.

Ukupna nominalna vrijednost dionica:    _____    kn


**Broj glasova:**_____


U _____          _____
(mjesto i nadnevak)          (potpis dioničara /zakonskog zastupnika dioničara)

M.P.

**NOVI LIST d.d. RIJEKA**

# GLAVNA SKUPŠTINA 03.08.2007.

Dioničar: _____

Broj glasova: _____

Ime i prezime
zastupnika/punomoćnika _____

Osnova za zastupanje: _____
*(upisati: zakonski zastupnik ili punomoćnik)*

## GLASAČKI LISTIĆ

| Točke dnevnog reda | Glasujem | |
|---|---|---|
| **2a.** Pojedinačno i konsolidirano financijsko izvješće za 2006. godinu s izvješćem ovlaštenog revizora revizorske tvrtke Inženjerski biro - revizija d.o.o. Rijeka o obavljenoj reviziji financijskih izvješća za 2006. godinu | **ZA** | **PROTIV** |
| **2b.** Izvješće Uprave o stanju i poslovanju Društva u 2006. godini | **ZA** | **PROTIV** |
| **2c.** Izvješće Nadzornog odbora o obavljenom nadzoru nad poslovanjem Društva u 2006. godini | **ZA** | **PROTIV** |
| **3.** Odluka o uporabi dobiti Društva za 2006. godini | **ZA** | **PROTIV** |
| **4.** Odluka o isplati dividende iz tekuće dobiti za 2006. | **ZA** | **PROTIV** |
| **5.** Odluka o davanju razrješnice Upravi Društva za 2006. | **ZA** | **PROTIV** |
| **6.** Odluka o davanju razrješnice članovima Nadzornog odbora Društva za 2006 | **ZA** | **PROTIV** |
| **7.** Odluka o nagradi za rad Nadzornog odbora | **ZA** | **PROTIV** |
| **8.** Odluka o izboru člana Nadzornog odbora Društva zbog isteka mandata | **ZA** | **PROTIV** |
| **9.** Odluka o izboru revizora Društva za 2007. godinu | **ZA** | **PROTIV** |
| **10.** Odluka o izmijeni Statuta Društva | **ZA** | **PROTIV** |

*(Glasuje se zaokruživanjem riječi ZA ili PROTIV)*

_____          _____
(Mjesto i nadnevak)                    (Potpis dioničara/zastupnika/punomoćnika)



**Novinsko-nakladničko dioničko društvo**
**Zvonimirova 20A**
**51000 Rijeka**

File no. 5834
Rijeka, 5 July 2007

*TO SHAREHOLDERS*
*OF NOVI LIST d.d. RIJEKA*

**NOTIFICATION ON CONVENING OF REGULAR GENERAL**
**ASSEMBLY OF NOVI LIST d.d.**

Dear Sirs,

It is with great pleasure that we are hereby inviting you to participate in the work of Company's General Assembly as the shareholder of Novi list d.d.

The Assembly shall take place on *Friday, 3 August 2007*, in the seat of Novi list d.d. Rijeka, Zvonimirova 20a, in NL Club, at 9,00 a.m.

Please find attached the copy of the announcement on convening of the General Assembly with the agenda and the invitation to shareholders, published in the Official Gazette no. 64 of 20 June 2007.

Materials for the General Assembly is available for review in the company seat, from 9,00 to 11,00 a.m.

Therefore we are kindly asking you to **announce your participation at the Assembly by 27 July 2007** at the latest using the attached form. Please attach the voting slip and the power of attorney if you wish to be represented by an attorney.

Also find attached the *voting slip*. We are hereby kindly asking you to fill it and submit it with the application to company Management, in advance. The slips submitted in that manner shall be taken into consideration when results of voting are determined, **if you attend the Assembly and if you do not declare that you wish to vote differently, at the Assembly itself.**

Yours faithfully,

DIRECTOR
Franjo Butorac

**CENTRALA: tel. 051/650-011, fax. 051/650-032**
Žiroračun kod ERSTE & STEIERMÄRKISCHE BANK d.d. Rijeka, broj 2402006-1100110121, MB: 3341941
Trgovački sud u Rijeci - MBS 040000340; Temeljni kapital: 18.000.000 kuna uplaćen u cijelosti I podijeljen na
60.000 redovnih dionica nominalne vrijednosti 300,00 kuna; Član Uprave: F. Butorac; Predsjednik NO: Z. Mance

Pursuant to the decision of Article 277, paragraph 2 and 3 of the Law on Commercial Companies and Article 30, paragraph 4 of the Statute of NOVI LIST, newspaper shareholding company, Rijeka (hereinafter referred to as: the Company), the Company Management- Director hereby convenes and issues the invitation to the

### REGULAR GENERAL ASSEMBLY

of NOVI LIST d.d., which shall take place on Friday, 3 August 2007 at 9,00 a.m. in Company's seat in Rijeka, Zvonimirova 20a.

The following Agenda is determined for the Assembly:

1. Opening of the Assembly and determination of the number of present and represented shareholders and their representatives.
2. Discussion of separate and consolidated annual financial statements for year 2006, determined by the Management and Supervisory Board, discussion of the auditor's report on performed audit of financial reports for year 2006, report of the Management on Company status and business and reports of the Supervisory Board.

   The Management and the Supervisory Board hereby propose the following decisions to be accepted:

   a) Hereby the separate and consolidated reports for year 2006 are accepted, with the report of authorized auditor, auditing company Inženjerski biro revizija d.o.o., Rijeka on performed audit of financial statements for year 2006.

   b) Hereby the report of the Management on the status and business of the Company in year 2006 is accepted,

   c) Hereby the report of the Supervisory Board on performed supervision of the Company in year 2006 is accepted,

3. Passing of decision on profit allocation for year 2006.
   Hereby the proposal of the Management and Supervisory Board on profit allocation for year 2006 is accepted.
4. Passing of decision on payment of dividend from current profit.
   Hereby the proposal of the Management and Supervisory Board on payment of dividend from current profit is accepted.
5. Passing of decision on approval of work of Company Management for year 2006.
   The Supervisory Board hereby supports the Management's proposal to approve the work of the Management- Director in year 2006.
6. Passing of decision on approval of work of Supervisory Board members for year 2006.
   The Supervisory Board hereby supports the Management's proposal to approve the work of the Supervisory Board in year 2006.
7. Passing of the decision on remuneration for the work of the Supervisory Board.
   Hereby the proposal of the decision on the remuneration for the work of the Supervisory Board is accepted.
8. Passing of the decision on appointment of the member of Supervisory Board due to expiry of term.
   It is hereby determined that the tem of Supervisory Board member Ivo Kirigin form Opatija, Ive Kaline 3, ID Number 1001941362303 has expired. Pursuant a proposal by majority shareholder of the company, Riječki list d.o.o., the following person is appointed as member of the Superviosory Board: Ivo Kirigin form Opatija, Ive Kaline 3, ID Number 1001941362303.
9. Selection of the Company auditor for the year 2007.

The Supervisory Board hereby proposes the auditing company Inženjerski biro – revizija d.o.o., Rijeka for the auditor in year 2007.

10. Passing of the decision on amendment of company Statute.

The Management and the Supervisory Board hereby propose that, pursuant Article 275, paragraph 1, item 5 of the Law on Commercial Companies and Article 35, item 1 of the Company Statute, the Assembly passes a DECISION on Amendment of Company Statute

Article 1

Article 39, paragraph 4 is hereby changed and it reads:

(4) Annual financial statements, report on company status, Supervisory Board report and proposal for allocation of company profit, when being subject of discussion and/or decision making at the General Assembly, shall be offered for viewing to the shareholders from the time the announcement of proposal for General Assembly in Company business premises in the Company seat.

Article 2

Other provisions of the Company Statute remain unchanged.

Article 3

This amendment of the Statute comes into force on the date it is passed at the Assembly

Article 4

The Assembly President is hereby authorized to harmonize and determine the final draft of the Company Statute, sign it and submit for confirmation.

Materials serving as basis fro discussion are available to the shareholders from the time of announcement of invitation, in Company seat, from 9 to 11.

All shareholders incorporated in the Book of Shares who at least 7 days prior to the General Assembly announce their participation and submit a valid proof that they submitted their share documents in the  Company, at Notary Public, i.e. bank or other organization accepting securities, 7 days prior to the General Assembly. The document need to remain deposited till the end of the day on which the General Assembly is convened. The attorneys of the shareholders have to submit their powers of attorney to the address of the Company at least seven days prior to the date of the General Assembly.

**NOVI LIST d.d. Rijeka**

Shareholder: _____
_____
(name, surname and address)

**Number of votes**_____

**Total nominal value of shares** _____ **kn**


NOVI LIST d.d.
R I J E K A
Zvonimirova 20a


*Re.*  **APPLICATION for participation at General Assembly
of company Novi list d.d. on 3 August 2007**


Herewith I/we am/are announcing my/our participation at the General
Assembly of Novi list d.d. convened for 3 August 2007, beginning at 9,00 a.m.

At the Assembly I/we shall be represented by:
_____

_____

(name, surname and address of legal representative or attorney)


In _____
(place, date)

_____
(signature of shareholder/representative of shareholder)


**NOTE:**
In case you are represented by an attorney, please attaché teh Power of Attorney.
Application should be submitted by *27 July 2007* at the latest.

**Shareholder**

_____

_____
(name, surname and address)

## *POWER OF ATTORNEY*

Hereby _____ _____

_____ ___
(name, surname, address)

is authorized to represent the Shareholder at the General Assembly of Novi list d.d. which shall take place on 3 august 2007 in the seat of Novi list, Rijeka, Zvonimirova 20a, in NKL Club, at 9:00 a.m.

The Attorney is hereby authorized to vote for all decisions of the Regular General Assembly of Novi list convened for 3 August 2007.

Total nominal value of shares: _____ kn

**Number of votes:** _____

In _____
(place, date)

_____
(signature of shareholder/representative of shareholder)

(stamp)

**NOVI LIST d.d. RIJEKA**

### GENERAL ASSEMBLY 03.08.2007

Shareholder: _____

Number of votes:_____

Name and surname of
representative/attorney _____

Basis for representation: _____

*(write: legal representative or attorney)*

### VOTING SLIP

| Items of the Agenda | I vote | |
|---|---|---|
| 2a. Individual and consolidated financial statement for 2006 with the report of the authorited auditor of auditing company Inženjerski biro- Revizija d.d. Riejka on performed audit of financial reports for 2006. | FOR | AGAINST |
| 2b. Report of the Management on the status and business of the Company in 2006 | FOR | AGAINST |
| 2c. Report of the Supervisory Board on performed supervision of Company business in year 2006 | FOR | AGAINST |
| 3. Decision on profit allocation for year 2006 | FOR | AGAINST |
| 4. Decision on payment of dividend from current profit | FOR | AGAINST |
| 5. Decision on approval of work of Company Management for year 2006 | FOR | AGAINST |
| 6. Decision on approval of work of members of Supervisory Board for year 2006 | FOR | AGAINST |
| 7. Decision on remuneration for work in Supervisory Board | FOR | AGAINST |
| 8. Decision on appointment of Company Supervisory Board member due to expiry of term | FOR | AGAINST |
| 9. Decision on selection of Company auditor for year 2007 | FOR | AGAINST |
| 10. Decision on amendment of the Company Statute | FOR | AGAINST |

*(Please circle the words FOR or AGAINST)*

_____            _____
(Place and date)                       Signature of the
                                         shareholder/representative/attorney