# EXHIBIT C

```
REPUBLIKA HRVATSKA
TRGOVAČKI SUD U RIJECI                    Tt-07/51-2 MBS:040000340
------------------------------------------------------------------
```

R J E Š E N J E

Trgovački sud u Rijeci, po sucu toga suda Ika Mohorović, u registarskom predmetu upisa promjene članova uprave, po prijedlogu predlagatelja NOVI LIST novinsko nakladničko dioničko društvo, Rijeka, Zvonimirova 20/a, dana 09.01.2007.

r i j e š i o   j e

u sudski registar kod ovoga suda upisati:

promjena članova uprave kod dioničkog društva

pod tvrtkom/nazivom NOVI LIST novinsko nakladničko dioničko društvo, sa sjedištem u Rijeka, Zvonimirova 20/a, u registarski uložak s matičnim brojem subjekta upisa (MBS) 040000340, prema podacima utvrđenim u prilogu ovoga rješenja ("Podaci za upis u sudski registar"), koji je njegov sastavni dio.

TRGOVAČKI SUD U RIJECI

U Rijeci, 9. siječnja 2007. godine

S U D A C

Ika Mohorović

Uputa o pravnom sredstvu:

Pravo na žalbu protiv ovog rješenja ima sudionik ili druga osoba koja za to ima pravni interes. Žalba se podnosi u roku od 8 (osam) dana Visokom trgovačkom sudu Republike Hrvatske u dva primjerka, putem prvostupanjskog suda. Predlagatelj nema pravo žalbe.

```
TRGOVAČKI SUD U RIJECI                          MBS: 040000340
Tt-07/51-2                                      Datum: 09.01.2007
```

                    PODACI ZA UPIS U GLAVNU KNJIGU
                           SUDSKOG REGISTRA
                         (prilog uz rješenje)

Pod brojem upisa 10 za tvrtku NOVI LIST novinsko nakladničko
dioničko društvo upisuje se:

==============================================================
SUBJEKT UPISA
..............................................................

ČLANOVI UPRAVE / LIKVIDATORI:
    #       Zoran Borčić, JMBG: 3009957360007
            Hrvatska, Rijeka, Drage Gervaisa 74
    #           direktor
    #               zastupa samostalno i pojedinačno

            Franjo Butorac, JMBG: 2912953360035
            Hrvatska, Rijeka, Zdravka Kučića 14
                direktor
                    zastupa samostalno i pojedinačno

Napomena: Podaci označeni s "#" prestali su važiti.

U Rijeci, 9. siječanj 2007.                         S U D A C
                                                 Ika Mohorović

                                                 *signature*
                                                 Ika Mohorović

*CERTIFIED TRANSLATION*

REPUBLIC OF CROATIA
COMMERCIAL COURT OF RIJEKA    Tt-07/51-2    MBS (Registration No.): 040000340

## DECISION

The Commercial Court of Rijeka, represented by its judge, Ms. Ika Mohorović, in the matter of registration of the change of management board members, on application filed by NOVI LIST novinsko nakladničko dioničko društvo (*NOVI LIST Newspaper Publishing Joint Stock Company*), Rijeka Zvonimirova 20/a on 9 January 2007

decided

that in the court register of this Court be entered:

the change of management board members of the joint stock company

under the corporate name NOVI LIST novinsko nakladničko dioničko društvo, Rijeka Zvonimirova 20/a, in register section under the registration number MBS 040000340, according to the information established in the appendix enclosed hereto ("Information for the Entry in Court Register") which makes an integral part hereof.

COMMERCIAL COURT OF RIJEKA

In Rijeka, 12th January 2007

The judge:   Ika Mohorović
             *(signature: illegible)*

*Official seal:*  Republic of Croatia
                  Commercial Court of Rijeka

Instruction on Legal Remedy:

The right on appeal against this Decision has any person involved herein or other person claiming legal interest herein. The appeal must be submitted within 8 (eight) days in two copies to the High Commercial Court of the Republic of Croatia through the court of first instance. The applicant has no right of appeal.

2

| | |
|---|---|
| THE COMMERCIAL COURT OF RIJEKA | MBS *(Registration Number)*: 040000340 |
| Tt-07/51-2 | Date: 9 January 2007 |

### INFORMATION FOR THE ENTRY INTO THE MAIN BOOK OF THE COURT REGISTER
(Appendix to the Decision)

Under the entry number 10 for the company NOVI LIST novinsko nakladničko dioničko društvo

SUBJECT OF ENTRY

MANAGEMENT BOARD MEMBERS
- # Zoran Borčić, JMBG: 3009957360007
  Croatia, Rijeka, Drage Gervaisa 74
- # director
- # represents the company solely and individually

  Franjo Butorac, JMBG: 2912953360035
  Croatia, Rijeka, Zdravka Kučića 14
  director
  represents the company solely and individually

Note: The information marked by # ceased to be valid.

Rijeka, 9 January 2007

Judge:
Ika Mohorović
*(signature: illegible)*

*Official seal:*
Commercial Court of Rijeka
Republic of Croatia

---

No.114/07
I, Katica Vujević-Jolić sworn court interpreter for English and German language, reappointed by the decision No. 4Su-297/07 of 8 March 2007 of the President of the County Court of the City of Zagreb, hereby certify that the above translation fully complies with the Croatian original.
05.10.2007