## CERTIFICATE OF SERVICE

I, **EAMON MASON**, hereby certify that, on October 11, 2007, I caused true and correct copies of (1) Novi list's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, (2) Novi list's Counter-Statement in Opposition to Plaintiff's Rule 56.1 Statement, (3) the Declaration of Zdenko Mance, (4) the Declaration of Goran Drenjak, (5) the Declaration of Tin Dolički, and (6) the Rule 56(f) Declaration of Edward T. Schorr, each dated October 10 or 11, 2007, to be served upon the following by hand delivery:

> James E. Hough
> David S. Brown
> Morrison & Foerster, LLP
> 1290 Avenue of the Americas
> New York, NY 10104-0050
> United States of America
>
> *Attorneys for Plaintiff*
> *Media Development Equity Fund, LLC*

_____
Eamon Mason