NOVI LIST d.d. RIJEKA
NADZORNI ODBOR

Z A P I S N I K
SA SJEDNICE NADZORNOG ODBORA društva NOVI LIST d.d.
održane dana 14. veljače 2007. godine

**PRISUTNI ČLANOVI NADZORNOG ODBORA:** Zdenko MANCE, predsjednik, Ivo KIRIGIN, zamjenik predsjednika, Josip BURŠIĆ, član, Lucija Baretić, član, Jaroslaw Gora, član.
**OSTALI PRISUTNI:** Franjo Butorac, direktor Novog lista d.d., Eleonora MARAČ, tajnik d.d. te prevoditelj engleskog jezika Bojana Trp – stalni sudski tumač za engleski jezik, kod druge točke dnevnog reda pozvana je i pristupa Nada Prelec, pomoćnik direktora za financije.

**Predsjednik Zdenko Mance** nakon što je utvrdio da su prisutni svi članovi Nadzornog odbora te da isti može donositi pravovaljano odluke otvara sastanak Nadzornog odbora u **9,00 sati**, uz slijedeći

*D N E V N I   R E D*

1. Određivanje datuma i konačnog dnevnog reda izvanredne skupštine dioničara na zahtjev malih dioničara i Media Development Equity Fund-a

2. Procjena rezultata poslovanja za siječanj 2007.

   **Predsjednik Zdenko Mance** – ističe da se predlaže sazivanje izvanredne skupštine dioničara na zahtjev malih dioničara i Media Development Equity Fund-a, što je vidljivo iz samog dnevnog reda. O pripremi za tu sjednicu već smo na neki način razgovarali. Postavlja pitanje dali se članovi slažu s predloženim dnevnim redom.

   **Jaroslaw Gora** – napominje da bi imao nešto za dodati.

   **Predsjednik Zdenko Mance** – postavlja pitanje što je to.

   **Jaroslaw Gora** – želio bih dobiti neke podatke od generalnog direktora o provedenoj poslovnoj reviziji.

   **Predsjednik Zdenko Mance** – dobro, kako formulirate dnevni red.

   **Jaroslaw Gora** – dodao bih točku, informacija o provedenoj poslovnoj reviziji.

   **Predsjednik Zdenko Mance** – predlažem da kao *treća točka* dnevnog reda bude točka pod nazivom – *Informacija o provedenoj poslovnoj reviziji*. Koliko sam ja upoznat, ta revizija je tek započela, pa je nemoguće govoriti o završetku jedne takve revizije, ali možemo to staviti kao posebnu točku dnevnog reda.

1

**Predsjednik Nadzornog odbora Zdenko Mance** – utvrđuje pet minutnu pauzu.

**Jaroslaw Gora** –   to su dvije stranice korespondencije između Vas i tvrtke Revizija Zagreb. To nije pismo namjere, ali hvala što ste razjasnili.

**Franjo Butorac** – ja sam rekao svojevrsno pismo namjere.

**Jaroslaw Gora** –   još jednom bih želio reći da MDEF nije protiv bilo kakve revizije unutar društva. Mislimo da je to samo u najboljem interesu tvrtke. Kao što smo Vam već rekli 29. siječnja, mi se potpuno slažemo s Vama da morate steći uvid u što se događa u kompaniji, ono oko čega smo mi zabrinuti, ponovno, je postupak na koji se stvari odvijaju. Mi želimo provjeriti da se interes kompanije štiti. Moramo provjeriti da se provjerljive stvari iz kompanije štite, da ne cure. Mislim da ja kao član Nadzornog odbora se moram pobrinuti da se takvi stvari odvijaju suukladno praksi korporativnog rukovođenja. Potpuno s slažem sa gospođom Lucijom, oko toga da smo svi iznenađeni sa sadšnjim statusom oko tog posla. Danas nismo u poziciji donijeti bilo kakvu odluku u vezi toga, danas samo diskutiramo o tome što se zbiva. Ne predlažem nikave daljnje odluke.

**Predsjednik Nadzornog odbora Zdenko Mance** – s obzirom da sam ja predložio, predlažem Nadzornom odboru da u tom smislu zaključi da je neophodno potrebno da se sa revizijom da bi dalje nastavila rad, sklopi ugovor, a ne čekati završetak posla. S obzirom da je svima stalo da se revizija napravi kvalitetno, ja ju ne shvaćam kao tjeranje vještica već kao uvid u poslovanje Novog lista, kao tvrtke i potrebno je da se to razriješi i sa potpisom ugovora o radu revizije. Ja vjerujem da će gospodin Butorac možda već danas, a ako ne sutro ujutro to već učiniti, da bismo na taj način i dodatno zaštitili interese naše kompanije i važnost tajnosti podataka, do čega nam je uvijek naravno stalo.

**Josip Buršić** – osjećam se vrlo potcjenjeno, osjećam se kao magarac ovdje. Ja smatram da mi kao članovi Nadzornog dbora, nema ovdje povlaštenih članova Nadzornog dbora, i da informacije koje se od Uprave daju pojedinim članovima Nadzornog odbora smatram da i ostali trebaju dobiti. To bi bilo korektno da bi mogli korektno raspravljati i donositi odluke. Mi, smo danas pod prvom točkom razgovarali o zahtjevu MDEF-a, a da materijale i korespondenciju njih sa Upravom nismo dobili, bilo bi korektno da smo to dobili. Isto se odnosi, ukoliko je MDEF-u dostavljam neki materijal u vezi točke revizije, smatram da smo to trebali dobiti i mi. Stoga imam načelni zahtjev, da sve materijale, koji se ubuduće dostavljaju od strane Uprave pojedinom članu da ga dobijemo svi, s obzirom na što se odnosi. Tu uključujem, ono o čemu nas je Mance u uvodu informirao, da dobijem odluku MDEF o raskidu ugovora o čemu nas je Mance informirao. Smatram da  mi kao članovi Nadzornog odbora tu odluku bi trebali dobiti, nadam se da je ta odluka prevedena.

Sada da se izjasnim vezano za ovaj predmet, čudno mi je obrazloženje gospodina Butorca, da mu nije bio omogućen uvid i dostava primopredaje dokumentacije koju mu je bivši direktor trebao predati. Na kraju je formirana Komisija, koja je svojim zaključkom trebala obvezati bivšeg direktora da se u

15