# EXHIBIT B

Novi List            News            Wednesday, September 22, 1999, page 4

In the aftermath of the article "Rumors in Rijeka that Soros is Buying Novi List" published in "Vechernyi List"

## LET LOVRIC AND TUDJEN PUBLISH WHO ARE THE OWNERS OF "VECHERNYI LIST"

*There are 270 of us – shareholders and if their readership is interested, we can fax the list. But do those gentlemen dare to publish who the owners of "Vechernyi List" are, since they are playing investigative journalism about other paper's ownership?*

"Vechernyi List" published in its 21 September issue that "although Zdenko Mance, director of Rijeka's daily, denies it – there are rumors in Rijeka that Soros is buying Novi List." Not because of Vechernyi's "bosses" (although the journalist who called me said that he had "orders from the headquarters"), but because of the public, I would like to confirm what has already been well known: Novi List, JSCo. is 100% owned by the so-called small shareholders, who in 1993 grouped in controlling 90% of votes in the Shareholders Meeting of the company. Aspiring to have small shareholders retain the controlling position in the company even after the year 2000, we in the company are achieving the agreement among those small shareholders that should insure them such position, while maintaining well functioning of the company and independence in the editorial policy of the paper through December 31, 2010.

The shareholders will soon inform the public about details of this agreement.

As for the news that Soros is buying Novi List, I consider it a part of Vechernyi's political manipulation. Namely, we are dealing here with that political insinuation/opinion that holds that just by linking Soros' name to someone, that someone gets compromised. Since it comes from Vechernyi, I am not surprised. I would be surprised if Mr. Lovric and Branko Tudjen had the courage to publish the list of Vechernyi's owners. We can do it; we are 270 shareholders and, if Vechernyi's readership is interested, we can fax them the list. But do those gentlemen dare to publish who the owners of Vechernyi list are, since they are playing investigative journalism about other paper's ownership? That is nothing more at this point than the matter of professional honor.

Zdenko Mance
Director
Novi List, JSCo.