# EXHIBIT I

**NOVI LIST d.d. RIJEKA**
**<u>SUPERVISORY BOARD</u>**

**MINUTES**
**OF MEETING OF SUPERVISORY BOARD of company NOVI LIST d.d. Rijeka**
**held on 5 January 2007**

**PRESENT MEMBERS OF SUPEVISORY BOARD:**
Zdenko MANCE, president, Ivo KIRIGIN, deputy president, Josip BURŠIĆ, member, Lucija Baretić, member, Jaroslaw Gora, member, by telephone

**OTHER PRESENT PERSONS:**
Zoran Borčić, CEO and Eleonora MARAČ, company counsel and translator for English language Marija Slunjski


After determining that all Board members are present, with member Jaroslaw Gora participating at the meeting by telephone connection, as stipulated by Article 267, paragraph 4 of the Law on Commercial Companies and with consent of other SB members and after it was determined that the Board may pass valid decisions, **President Zdenko Mance** opened the meeting at **11:00,** after initiating the telephone connection with Mr. Gora.

The translator Mrs. Marija Slunjski greets Mr. Gora on the phone and informs him that the meeting has just started, that she will translate consecutively. She asks if it is possible to put the call over the speakers, it is determined that it is not possible.

**A G E N D A:**


1.   Decision on termination of Board Member- CEO of Novi list d.d. Rijeka Mr. Zoran Borčić- proposal

2.   Decision on appointment of Board Member- CEO of Novi list d.d. Rijeka, Mr. Franjo Butorac- proposal

3.   Evaluation of business results for December 2006.

   Are there any proposals for changes of the Agenda?


**Jaroslaw Gora** – Mr. Gora received the agenda, his proposal is the same as stated in the letter delivered yesterday: the SB is not adequately prepared and

1

as such it may not pass decisions. His proposal is to postpone the meeting until opinions of independent advisors are received.

**President Zdenko Mance** – asks if there are other proposals.

**Josip Buršić** – I am referring to the Minutes and the conclusion from the last meeting of SB that we will convene the meeting with these two items after the viewpoints of MDEF and Riječki list are harmonized, after previous agreement on the legal advisor. I think it is not good not to adhere to the previous agreement from the last meeting, particularly because there are no obstacles to wait for the common legal proposal on the legal advisor who would give the answer to the question we raised. I specifically warn the SB members that I carefully read the letter I received from Mr. Gora this morning and I absolutely agree with the part in which he warns about the incorrectness of convening the meeting and passing of decisions on the two items before the harmonization of viewpoints between MDEF and Riječki list. Therefore I propose to postpone the first two items until the viewpoints of MDEF and Riječki list are harmonized as agreed at the last meeting.

**President Zdenko Mance** – are there any other proposals?.

**The translator repeats to Mr. Gora that besides Mr. Mance there are also Ivo Kirigin, Lucija Baretić, Zoran Borčić and Eleonora Marač present at the meeting.**

**President Zdenko Mance** – I will start the discussion. I do not agree with Mr. Gora and Mr. Buršić regarding the term and the convening of the meeting. Two weeks ago, on Thursday 21 December, I said very precisely and clearly that the terms are short and that we must act quickly. Unfortunately, besides buying time, we did not accomplish anything else. The decision to convene the meeting was announced at the last meeting, there was a possibility to contact an independent legal advisor in this holiday period. That was the only disputed matter and not what Mr. Buršić states, the agreement between MDEF and Riječki list. We accepted the initiative of Mr. Gora for the independent legal advisor to give his opinion if we did something wrong in the legal sense regarding the proposal to terminate the Director.

**Jaroslaw Gora** – Mr. Gora says that there might be a misunderstanding on the meaning of independent, it must be a person with no real interest in this. **President of SB** says that is clear. Mr. **Jaroslaw Gora** continues- His understanding is that there should have been an agreement on the independent advisor, it was not meant that each party appoints its own "independent" expert.

**President Zdenko Mance** – this is exactly why I warned about, that the time available is short and our partners had the opportunity to react promptly, on 22nd, they could nominate somebody. Ms Elena Popovic was supposed to contact me in order to make some arrangements. She contacted me after one

2

week, not with a proposal of a name, I responded to that in my letter. Yesterday Mr. Gora sent a letter, you have all received it. So the action of finding an independent advisor has had no effect. I think it should have been done by 5 January, since it hasn't been done, I convened the SB meeting. I suggest that the proposed agenda remains. Since we have different opinions, let's vote on that, shall we accept the proposed agenda or not.

**Josip Buršić** – Mance, I pointed to the fact from the Minutes which was that the viewpoints on engagement of an independent adviser will be harmonized by 5 January and that the SB meeting will be convened afterwards. You accepted that obligation (turning to Zdenko Mance) on behalf of Novi list and MDEF.

**Jaroslav Gora** – Mr. Gora says that the President should have overtaken the initiative and that in spite of their calls and talks nothing has been done and in fact they did not receive any proposal for that independent advisor. His proposal is to stop this procedure until an independent advisor is found, i.e. until an independent advisor is agreed upon.

**President Zdenko Mance** – what do the other members say?
**Lucija Baretić** - I would like to ask Ms Eleonora to check in the Minutes. As the SB member I understood that the next meeting of SB was scheduled for 5 January on the last meeting. I understood that all the actions were supposed to have taken place before that date.

**Company Counsel Ms Eleonora Marač leaves the room to get the Minutes of the last SB meeting.**

**Jaroslaw Gora** – he would like to help and make a proposal, he should have received an opinion from the President of SB and also his proposal.
**President Zdenko Mance** – denies. It was precisely agreed for Elena Popovic to call as soon as she was contacted by him and as soon as she received information and conclusion of the SB meeting. As a person from MDEF she was supposed to start the negotiations on the independent legal advisor. She did not call, I tried to contact her during the holidays and after the holidays but I could not find her. She contacted me on the 28th, I received the letter on the 29th in the evening, when it was not possible to contact anybody due to New Year holidays. Therefore I sent a letter in which I informed Ms Popovic, Mr. Gora and Mr. Vucinic on the new situation. Only after that did I receive the letter from Mr. Gora in which he stated the name of the legal advisor. We spent two weeks on deaf telephones and finally yesterday we received a letter from Mr. Gora, the one which really deeply offends me personally. We have put too much effort into Novi list and now our partner tries to reduce the problem to our previously determined responsibility, with a number of threats and insulting formulations, which is not acceptable ins spite of our disagreement on the termination of the CEO. The tone and manner which MDEF expressed speaks more about the

3

threats and warnings relating to our activity than about the willingness to solve the problem. Even at the last meeting I declared I would not change my mind, I also explained it in the letter. In the meantime, the disagreement between the Management and the SB is highly improperly presented to the public. I would like to inform Mr. Gora about that. In yesterday's TV program dealing with journalism in Croatia, our CEO Mr. Borčić, stating the reasons the SB stated as those for which he should be terminated, gave wrong reasons giving a totally twisted picture regarding the first reasons. Namely, the SB did not think the decision to print Metro was a wrong one, it was the supplying of material that was wrong because Novi list is a competitive paper. Yesterday's program clearly pointed to a problem of the so called corporate journalism in Croatia which totally abandons every individualism and freedom of media. Free paper Metro is a classic example of such corporate journalism and contrary to every idea of free journalism which was advocated in Novi list and by MDEF. Instead of that Mr. Borčić blames the SB for disputing the decision of printing of Metro. These are the reasons for my total astonishment with the non- understanding of the gravity of the CEO's violation by the CEO and by the editorial management. This morning I therefore realized that every procrastination of the decision of the SB only leads to a further deepening of the crisis and damaging of Novi list, quite contrary to what Mr. Gora states in his letter, in a highly offensive and threatening tone, blaming the members of the SB who disagree with what he is saying. Therefore I proposed the above- stated agenda and I want the SB to reply to that.

*President Zdenko Mance* – asks if anyone else has anything to add.

*Josip Buršić* – let me just read, in relation to what I expressed my standpoint, on page 26 of the Minutes Mance said (quotes the statement of Mr. Mance from the last meeting ) "I propose to both parties to agree on selection of an independent advisor and I propose the SB to pass a decision, let all of us try, first of all Gora, you and I as majority owners of Novi list to resolve this relation until Epiphany, as much as that is difficult and limiting regarding the terms". That is your statement.

*President Zdenko Mance* – well, it is Epiphany today.

*Josip Buršić* – you should have harmonized your views and come with the decision of an independent advisor or convene the meeting of the SB to discuss the decisions. This is how I understood it, that is what we proposed.

*Ivo Kirigin* - greeting to Mr. Gora, I would like to ask him something, I haven't gone anywhere, I had to postpone some things because every day I was expecting the proposal of the independent advisor. After ten years at the position of the president of the SB and after two years as its member, we have always had good cooperation in these twelve years, a little less than twelve. There have never been any problems on any item on the agenda, I was unpleseantly surprised when I realized that everything needs to be resolved before the

meeting of 5 January and only yesterday I had their proposal. The situation in the company is so bad that every prolongation of the agony does not lead anywhere, it may only cause more damage for everybody. Therefore I speak in favour of today's resolution of problems. After 40 years in Novi list and after giving so much to Novi list, I am not sure if I will be able to defend myself from all the threats from Mr. Gora's letter. I definitely do not wish any harm to Novi list. In my working era I have witnessed many changes in the management and the editorial. The proposal of SB President has caused such havoc that I really do not understand whether there is something hiding behind that havoc. This agony has been present for four months and the SB has given the opportunity to Mr. Mance and Mr. Borčić to come to an agreement. It is obvious they cannot work together any more and every other matter and postponement do not make any sense. Therefore I am voting in favour of today's agenda.

*Jaroslaw Gora* – one more time he would like to state that there was no initiative from SB President to resolve the situation and he sees it all as a pressure and hastening of a decision. Mr. SB President has not provided any proposals regarding the independent advisor. Ms Popovic, on the other hand, provided several proposals during their talk, but there was no response to those from your side. He is also surprised that the SB President is doing everything to destabilize this situation putting MDEF in an uncomfortable position. On the other hand, MDEF has repeatedly stated that their only wish is to pass a valid and correct decision, but the President keeps preventing that so he one more time asks the President to reconsider his opinion and postpone the meeting until an independent advisor is nominated.

*President of SB* – what date did you have in mind.
*Jaroslaw Gora* – Mr. Gora says that you should look into the proposals they gave and see which one would be acceptable. They will do their best to contact that person and see what's next.

*President of SB* – says he only has one name.

*Jaroslaw Gora* – they proposed that person, she does not know anything about this case, they are asking what your opinion is on this person. She is allegedly a top expert in Croatia. Maybe Mr. President has another proposal.

*President of SB* – we did not understand each other or this is a serious mistake. We were not looking for an independent expert, MDEF proposed this. We benevolently accepted their initiative. We did not make any inquiries about the lady in question. I am not able to say anything about her. We only learned about her last night. It was not possible to take any viewpoint. I would suggest that we interrupt this meeting for 15 minutes. The members that are FOR the termination and the continuance of the meeting, according to the previous discussion should meet and consult. I would also ask Mr. Gora to tell us which terms he had in mind for the solution of this issue. The issue is not only legal, it

5

also relates to our business. We mixed free journalism and corporate journalism which has so popularly been discussed these days. We think our journalists cannot cooperate in such corporate journalism without consequences. This was the reason I raised this question at the meeting and assembly of Riječki list, which was in this company interpreted as my wish to sell Novi list. Unfortunately, our partners MDEF did not understand me either. I am very sorry for that. This is a major strategic question for Novi list and it will not be resolved by any legal expert. He will only say whether we acted legally in something called the termination of Mr. Borčić, the CEO.

*Baretić Lucija* – I agree with the break, I would like to read the Minutes and if possible the agreement with WAZ, EPH and METROPOLIS in order to check the key issue based on which the President wants to terminate the CEO

*Jaroslaw Gora* – he is glad that you will now discuss this problem, this is the first time you are asking for that agreement, I am glad because it is important. This is practically the first step towards a different approach to the problem, different from just terminating the CEO. He is glad that you decided to talk because this is a step towards a good solution.

*Baretić Lucija* – Mr. Gora should not be misled, this agreement is already valid while we, as employees do not know how business is led. I just want to see the agreement to be sure how to vote. I have asked to see the agreement on several occasions, I have always been told that it is being signed by Mr. Pavić.

*Zoran Borčić, director* – this agreement was never being signed by Mr. Pavić, it was being co-signed by EPH, this was done a long time ago, I told Ms Lucija, last time in the break of the meaning. This is important.

*President of SB* – we may have a break, the members agree, the president announces a break until 12,45 so that Ms Lucija Baretić may see the agreement. Mr. Gora is informed that he will be called again, i.e. that he may call in half an hour when the meeting will continue.

**Mr. Gora is called on the phone to participate at the meting after the break.**

*President of SB* – we had consultations, Ms Baretić had a chance to read the agreement. We remain at our first viewpoint to deal with the first item on the agenda, i.e. the decision on termination of the CEO believing we are not doing anything which would not contribute to the future of development of our company and good relations among Novi list, Riječki list and MDEF. I am sure we will all heartily work in that direction. I therefore propose the SB to start with the first item on the agenda, i.e. revocation of company management Mr. Zoran Borčić effective immediately and to appoint a new director with the same date. This is my viewpoint after the break.

*Josip Buršić* – I think we should vote on the acceptance of the agenda.
*President of SB* – I accept Mr. Buršić's proposal to vote on the agenda.

6

***Jaroslaw Gora*** – he does not have any comments excepts that he expresses his regret that the SB President decided to pursue his decision without waiting for the opinion of the independent advisor.

***President of SB*** – we based our decision on two things and proposed to vote, we consulted the quotations from the Minutes in which it is specifically stated that today's date is planned for passing of the decision.

***Jaroslaw Gora*** - that is not true.

***President of SB*** – we have different opinions.

***Jaroslaw Gora*** – it is not a matter of different opinion but of different interpretation. This is in fact an interpretation of Mr. Mance and not of the president of SB.

***President of SB*** – I do not understand. This is not my viewpoint.

***Jaroslaw Gora*** – as stated at the last meeting and at some of our meetings, the SB President promised this meeting would take place but the opinion of the independent advisor is important.

***President of SB*** – I want to emphasize that this is not my personal view. At the initiative of Mr. Buršić, the Assembly of Riječki list, as the majority owner of Novi list, voted on this matter and decided to revoke the Management. This decision was morally binding for me and all members of the SB. Even before the Assembly I stated I would accept the opinion of the majority from the Assembly and I am not doing anything but implementing the opinion of the majority so I find it inappropriate to constantly impute me that I am expressing my personal opinion and some sort of intolerance of the management of Novi list. There is disagreement on several issues which are important for our company. Therefore I would like to say that this is not a personal falling out between me and Mr. Borčić, its is just different understanding of some major issues of development of our company. These different understandings have lately only become more significant and therefore I am proposing to the SB to accept the agenda and then proceed to the realization of item one and two of the agenda. If there are no more comments, I would ask for voting on the proposed agenda.

***Jaroslaw Gora*** – he does not want to analyze your different opinion, he respects it but he would like to avoid the violation of the law, some agreements were reached regarding the independent legal advisor and practically now something contrary to that is being done, an opinion is passed, i.e. a decision is passed without consultations with a legal advisor. The decision is being made without material evidence and written evidence which would prove that the management, i.e. general director practically violated the law and passed

7

decisions, there is no written trail on that. Consequently, there is no reason for such decision and its validity is logically being questioned. But if Mr. President wants to violate the law, I will let him do that at this moment.

**President of SB** – do the SB members want to say anything else? we can proceed to vote, is this agenda accepted? He asks who is FOR and who is AGAINST, concludes there are three votes FOR, namely Ivo Kirigin's, Mr. Mance's and Ms Baretić's. Mr. Gora and Mr. Buršić voted AGAINST the acceptance of agenda.

**AD 1.**    Decision on termination of managemant- CEO of Novi list d.d. Rijeka Mr. Zoran Borčić- proposal

I propose to proceed with the first item of the agenda, in accordance with the decision of the SB. This proposal was stated and discussed at the previous meetings of SB.

**Jaroslaw Gora** - it was not thoroughly discussed.

**President of SB** – we had very different opinions on this item.
**Jaroslaw Gora** – that is again your personal, private explanation. The fact is that this item was not discussed. In the correspondence which was exchanged and in any other written materials Mr. SB President has never proved any violations or harmful deeds of the CEO.

**President of SB** – because Mr. Gora constantly insists this is my personal viewpoint, I must warn him that it is also the viewpoint of some other members of the SB. Also, at the Assembly of Riječki list, convened at the initiative of Mr. Buršić, the majority was FOR the termination, that is my starting point and not my personal intolerance of Mr. Borčić. Does anybody else want to say something? I can conclude that the proposal to terminate Zoran Borčić is hereby accepted.

**Josip Buršić** – I would like to say something. I completely withdraw what I said at the last meeting of SB on 21 December 2006 where I warned the Board that the decision which was planned to be passed was illegal and to possible economic consequences for Riječki list and Novi list. There is also the possibility of consequences if the agreements among MDEF, Riječki list and Novi list are terminated. My starting points were two letters of 13 December and 4 January and the reply we got from Mr. Borčić, which represents an integral part of the Minutes from the last meting. Looking into all those, I did not find sufficient elements to vote for termination of Mr. Borčić. I think everybody can vote following his/her own conscience, accepting responsibility and consequences. So I am also aware of my responsibility, material and moral for not following the decision of the Assembly of Riječki list. I also think I was unjustly bypassed because the three members of the SB intensively consulted, I cannot see why I was not included. It is probably because I am unwanted. I think that this decision

will have far- reaching consequences for the company, but I agree with the President when he says that everyone is voting following his/her conscience and bearing his/her responsibility. I am personally sorry because by this decision not only the work of the management is degraded, but the work of many of Zoran's associates is also degraded so that we are jointly responsible for the changes which are made in the company. If I may note, the Assembly of Riječki list passed a legitimate decision which represents 25% of ownership of Novi list d.d., 75% of owners did not have the opportunity to speak, MDEF and small shareholders supplied their opinion, they did not agree with the proposal so I must conclude that this is the viewpoint of the minority of owners of Novi list. I regret to say that I am participating at a meeting where a huge decision is passed to degrade the work of a team that has successfully worked for the past three years. Best results were achieved in these three years, compared to the last ten years. But my discussions are in vain, all my arguments are superfluous and will not be accepted. I truly regret that this decision came, as a legalist I will accept it. As a stakeholder I will use all means to protect my own property if it became degraded. I think every discussion from my side is superfluous.

**President of SB** – asks if anybody else would like to say something. Can we conclude that the first item is completed.

**Josip Buršić** - we did not vote for this decision, we only voted for the agenda.

**President of SB** – true, I propose we vote for the termination of the CEO- Mr. Zoran Borčić. Who is FOR, Ivo Kirigin, Zdenko Mance and Lucija Baretić voted FOR. Who is AGAINST? Mr. Gora and Mr. Buršić are AGAINST the proposal.

Hereby I confirm that with three votes FOR and two votes AGAINST Mr. Zoran Borčić is terminated as the company CEO. I would like to take this opportunity and thank Zoran for his dedicated work and that in spite of our disagreement there is no reason why we could not cooperate in future.

**Jaroslaw Gora** – Mr. Gora says that we should remain serious and not be hypocritical and thank Mr. Borčić for successful and good work.

**President of SB** – this is a matter of personal opinion of Mr. Gora if he recognized hypocrisy in my speech. There was no reason for that.

*I suggest we proceed to the second item on the agenda.*

**Counsel Eleonora Marač** – asks how the decision will read.

**President of SB** – in what sense.

9

*Counsel Eleonora Marač* – the law says we must set a date, with which date did you terminate the CEO?

*President of SB* – with today's date.

*Counsel Eleonora Marač* – that means with 5 January 2007. This is then the text of the decision., according to Article 244, paragraph 2 of the Law on Commercial Companies you are not interfering into the provisions of the agreement he stipulated with the company.

*President of SB* – in what sense.

*Counsel Eleonora Marač* – identical to your case, he has all the rights and obligations until he is given a new position, that goes under two.

*President of SB* – of course, that is self- understood.

*Counsel Eleonora Marač* – under three- what are the important reasons.

*President of SB* – the ones we stated.

*Counsel Eleonora Marač* – you must explicitly state them because they must be listed in the decision.

*President of SB* – firstly, non- achievement of the restructuring program. Secondly, harmful agreement with publisher of free paper METRO EXPRESS by sale of material from the area of Rijeka and the Littoral from Novi list to that paper. Thirdly, responsibility for making public the relations between the SB and the Management which additionally harmed the disturbed relations in the company, Novi list d.d. What else do you need Eleonora?

*Counsel Eleonora Marač* – so that is all, it will be the part of the decision and in that sense the explanation of that decision will follow.

*President of SB* – the decision will be signed by the SB President after the meeting.

*Jaroslaw Gora* – he would like to give an official statement in relation to this. He expects that these objections are included in the statement, namely that the SB President did not provide the main reasons, evidence. Therefore, in the opinion of MDEF the SB President did not find the main reasons, evidence for such a decision and there are no documents to support such a decision. This should be entered in the statement.

*President of SB* – is there anything else, Eleonora?

*Counsel Eleonora Marač* – let me just repeat what we have already said, in the explanation of the decision there will be just these three points and

10

the fact that the SB passed the decision with three votes FOR. The Commercial Court is competent in case there is a dispute.

**President of SB** – After we have completed the first item, let's move to the second one.

**AD 2.**  Decision on appointment of Board Member- CEO of Novi list d.d. Rijeka, Mr. Franjo Butorac- proposal

Would Ms Eleonora invite Mr. Butorac to participate at the meeting.

**Zoran Borčić** – I would like to be excused from the remaining part of the meeting.

**President of SB** – would you please remain in your room, when we complete the second item we will perform the takeover of duty in presence of a committee.

**Jaroslaw Gora** – Mr. Gora asks if he could have Mr. Butorac's biography.

**President of SB** – I will say it now. Personally invites Mr. Butorac to come to the meeting. When this item is completed (speaking to Ms Eleonora Marač) I will dictate the text of these three decisions in peace, it is now impossible to do it by heart.

**Mr. Butorac joins the meeting and greets the present.**

**President of SB** – repeats that he is moving to the second item, Appointment of Board Member- CEO of Novi list d.d. , Rijeka, Mr. Franjo Butorac- proposal

Franjo Butorac was born in 1553, he is a political scientist, he completed the Faculty of Political Sciences in Zagreb in 1977. For a short time he was the assistant professor at the Faculty of Political Sciences in Zagreb. After returning to Rijeka he worked in political institutions of that time. In 1988 he was appointed as the director of Printing House Rijeka, in liquidation. He was deputy president of City Council in Rijeka, since 1996 he has been the director of publishing house Adamić d.o.o, an affiliated company of Novi list d.d. He actually established that company which has in hard circumstances of publishing grown into a recognizable regional publisher, known on Croatian market. Because of his organizational and other skills and dedication I think he will successfully perform the duty of CEO of Novi list d.d. Rijeka. Therefore I am hereby proposing to the SB to appoint him as the CEO of Novi list d.d. as of today, 5 January 2007 (counsel's warning that it may not be on the same day), i.e. of 6 January 2007.

Since we all know Franjo well, I do not think it is necessary to explain my proposal any further. I am opening the discussion.