# EXHIBIT S

Franjo Butorac
Acting Director
Novi list d.d.
Zvonimirova 20a
51000 Rijeka, Croatia

March 6, 2007

Re: Special Audit

Dear Mr. Butorac,

I would like to follow up on the special audit discussed at the meeting of the Supervisory Board of Novi list held on February 14 in Rijeka. In addition, on February 1, Media Development Equity Fund (MDEF) sought clarifications from you regarding the audit in order to ensure that the company acts in accordance with the law.

To this day, however, it remains unclear what kind of audit is taking place in Novi list and how this audit relates to the regular audit for which the last shareholders meeting that appointed the auditor. In order to understand this, please provide the members of the Supervisory Board and MDEF with the following clarifications immediately:

1. What grounds did you call the special audit on? Please quote the source of authority for you to call the special audit.
2. The scope of the special audit.
3. Has the contract, engagement letter or any other document been signed with the auditor? Please fax me a copy of any such instrument.
4. Has the auditor appointed by the shareholders meeting been informed about the course and scope of the special audit?

Please also confirm that you will forward me a copy of the auditor report on the findings and results of the special audit immediately upon its receipt.

Sincerely yours,

Jaroslaw Gora
Chief Investment Officer, MDEF
Member of the Supervisory Board, Novi list

Cc: Zdenko Mance

37 West 20th Street, Suite 801
New York, NY 10011
Tel: (212) 807 1304; Fax:(212) 807 0540