# EXHIBIT T

# MEDIA DEVELOPMENT EQUIY FUND

## FACSIMILE TRANSMITTAL SHEET

| TO: Franjo Butorac | FROM: Harlan Mandel |
|---|---|
| COMPANY: Novi list | DATE: 4/23/2007 |
| FAX NUMBER: (385 51) 650 032 | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Special Audit Report | YOUR REFERENCE NUMBER: |

X URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Butorac,

When we met in January, you informed me that you were engaging a firm to carry out a special audit of Novi list. You promised to provide us with a copy of the report of the special auditor upon its being finalized, as is required under the Shares Subscription Agreement between MDEF and Novi list dated October 28, 1999. Our request was reiterated in writing in Mr. Gora's letter to you of February 1, 2007.

I understand that the special auditor's report has been delivered to you in recent weeks. I therefore expect to be provided with a copy of the report on this Thursday when I am in your offices.

Sincerely,

Harlan Mandel
Deputy Chief Executive Officer