## CERTIFICATE OF SERVICE

I, David Brown, hereby certify that on October 25, 2007, I caused to be served true and correct copies of the Reply Memorandum of Law in Further Support of Plaintiff's Motion for Partial Summary Judgment, the Declaration of Harlan Mandel in Support of Plaintiff's Motion for Partial Summary Judgment, the Declaration of Elena Popovic in Support of Plaintiff's Motion for Partial Summary Judgment, the Declaration of Tarja Krehić-Duranović, Croatian Attorney at Law, in Support of Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's Reply to Defendant's Statement of Additional, Disputed Facts, upon the following via hand:

> Edward Schorr
> Derek Craig
> Lovells LLP
> 590 Madison Avenue
> New York NY 10022
> Tel: 212.909.0600
> Fax: 212.909.0660
>
> *Attorneys for Defendant*
> Novi List d.d.

_____
David S. Brown

ny-765485